John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Michael J Engle, Bar No. 259476
MEngle@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Telephone: 858.720.5700
Facsimile: 858.720.5799

Attorneys for Plaintiff Largan Precision Co., Ltd.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGAN PRECISION CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, <br><br> Defendants. | Case No. **'13CV2740 AJB NLS** <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Largan Precision Co., Ltd. ("Largan") hereby pleads the following claims for patent infringement against Defendants Samsung Electronics Co., Ltd. ("SEC"); Samsung Electronics America, Inc. ("SEA"); and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung"), and alleges as follows:

**PARTIES**

1. Plaintiff Largan is a Taiwanese corporation with its principal place of business located at No. 11, Jingke Road, Nantun District, Taichung City 40852, Taiwan. Largan is the owner of the patent rights at issue in this action.

2. On information and belief, Defendant Samsung Electronics Co., Ltd. is a Korean corporation with its principal offices at 1320-10, Seocho 2-dong, Seocho-gu, Seoul 137-857, South Korea. On information and belief, SEC designs, manufactures, and provides to the U.S. and world markets a wide range of products, including consumer electronics, computer components, and myriad mobile and entertainment products.

3. Samsung Electronics America, Inc. is a New York corporation with its principal place of business at 85 Challenger Road, Ridgefield Park, New Jersey 07660. On information and belief, SEA is a subsidiary of SEC that markets, sells, or offers for sale a variety of consumer electronics, and provides operation services for other Samsung entities such as STA.

4. Samsung Telecommunications America, LLC  is a Delaware limited liability company with its principal place of business at 1301 East Lookout Drive, Richardson, Texas 75081. On information and belief, STA is a subsidiary of SEC that markets, sells, and offers for sale a variety of personal and business communications devices in the United States, including mobile phones.

## JURISDICTION AND VENUE

5. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, including but not limited to 35 U.S.C. § 271.

6. The Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

7. This Court has personal jurisdiction over Samsung because, among other things, Samsung has committed, aided, abetted, contributed to, and/or participated in the commission of patent infringement in this judicial district and elsewhere that led to foreseeable harm and injury to Largan. Samsung, directly and/or through third parties, manufactures or assembles products that are and have been offered for sale, sold, purchased, and used within this forum. Samsung, directly and/or through their distribution networks, regularly place their products within the stream of commerce with the knowledge, understanding, and desire that such products will be sold in this forum and throughout the United States. Samsung, directly or through third parties, also has advertised and marketed such products in this forum. Thus, Samsung has established minimum contacts within the forum and purposefully availed itself of the benefits of this forum, and the exercise of personal jurisdiction over Samsung would not offend traditional notions of fair play and substantial justice.

8. Samsung transacts business in this forum because, among other things, Samsung manufactures, imports, and distributes products that are offered for sale, sold, purchased, and used within this forum. Samsung has also committed tortious acts of patent infringement in this forum and has a regular and established place of business in this forum. Samsung also is subject to personal jurisdiction in this forum. Venue therefore is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(a)-(d) and 1400(b).

# GENERAL ALLEGATIONS

9. Largan is the world's largest designer and manufacturer of imaging lens products. Largan's imaging lens products can be used in cameras for a wide range of devices including mobile phones, tablets, notebook computers, web cams, automobiles, and scanners. As products such as mobile phones have gotten smaller and users have increasingly relied upon cameras in their mobile phones rather than stand-alone products, the need for imaging lenses of compact size yet high performance has become increasingly pressing. Through its innovation and high quality design of products, Largan has developed a portfolio of patents, including the patents-in-suit, to address these needs.

10. Samsung's mobile phones, such as the Galaxy Note II, include one or more cameras. Each camera includes an imaging lens. Largan has become aware that many of Samsung's mobile phones, such as the Galaxy Note II, incorporate the inventions of one or more of Largan's patents. Largan notified Samsung that it was infringing Largan's patents-in-suit in at least January, February, August, and September 2013 through letters, emails, and claim charts sent to Samsung and its counsel. Despite being aware of Largan's patents and Largan's infringement allegations, Samsung has continued selling the infringing devices.

# THE ASSERTED PATENTS

11. Largan owns by assignment all rights to United States Patent No. 7,262,925 ("the '925 patent"), titled "Image Lens Array," which duly and legally issued on August 28, 2007. A copy of the '925 patent is attached as Exhibit A.

12. Largan owns by assignment all rights to United States Patent No. 7,394,602 ("the '602 patent"), titled "Optical System for Taking Image," which duly and legally issued on July 1, 2008. A copy of the '602 patent is attached as Exhibit B.

13. Largan owns by assignment all rights to United States Patent No. 7,898,747 ("the '747 patent"), titled "Thin Type Optical Lens System for Taking

Image," which duly and legally issued on March 1, 2011. A copy of the '747 patent is attached as Exhibit C.

14. Largan owns by assignment all rights to United States Patent No. 8,154,807 ("the '807 patent"), titled "Imaging Lens Assembly," which duly and legally issued on April 10, 2012. A copy of the '807 patent is attached as Exhibit D.

15. Largan owns by assignment all rights to United States Patent No. 8,284,291 ("the '291 patent"), titled "Photographing Optical Lens Assembly," which duly and legally issued on October 9, 2012. A copy of the '291 patent is attached as Exhibit E.

16. Largan owns by assignment all rights to United States Patent No. 8,508,860 ("the '860 patent"), titled "Optical Lens System," which duly and legally issued on August 13, 2013. A copy of the '860 patent is attached as Exhibit F.

## CLAIMS FOR RELIEF

## CLAIM 1 – INFRINGEMENT OF U.S. PATENT NO. 7,262,925

17. Largan incorporates by reference the allegations in the paragraphs above.

18. On information and belief, Samsung has infringed and continues to infringe one or more claims of the '925 patent under 35 U.S.C. § 271.

19. Samsung has directly infringed the '925 patent in the United States and this District through the making, using, sale, offer for sell, and/or importation of its products, including without limitation the Samsung Galaxy Note and Galaxy S II. On information and belief, the front camera in the accused devices has optical shapes and parameters meeting all of the requirements of one or more claims of the '925 patent, whether literally or under the doctrine of equivalents.

20. Samsung has induced infringement by inducing others, such as cellular service providers, distributors, end users, and other Samsung entities, to make, use, sell, offer for sale, and/or import the accused devices in the United States and this

1   District.  Samsung also has provided directions, instruction manuals, guides, and/or
2   other materials that instruct and encourage the purchaser of an accused device to
3   use the device in a manner that infringes certain claims of the '925 patent.  Largan
4   placed Samsung on notice of its infringement of the '925 patent on or before
5   January 31, 2013.

6       21.   On information and belief, Samsung's infringement has been, and
7   continues to be, willful and deliberate, and has caused substantial damage to
8   Largan.  For example, Samsung has continued to sell the accused devices despite its
9   awareness of the '925 patent and Largan's infringement allegations.

10      22.   On information and belief, Samsung's infringement in violation of
11  federal patent laws will continue to injure Largan unless otherwise enjoined by this
12  Court.

### CLAIM 2 – INFRINGEMENT OF U.S. PATENT NO. 7,394,602

14      23.   Largan incorporates by reference the allegations in the paragraphs
15  above.

16      24.   On information and belief, Samsung has infringed and continues to
17  infringe one or more claims of the '602 patent under 35 U.S.C. § 271.

18      25.   Samsung has directly infringed the '602 patent in the United States and
19  this District through the making, using, sale, offer for sell, and/or importation of its
20  products, including without limitation the Samsung Galaxy Note and Galaxy S II.
21  On information and belief, the front camera in the accused devices has optical
22  shapes and parameters meeting all of the requirements of one or more claims of the
23  '602 patent, whether literally or under the doctrine of equivalents.

24      26.   Samsung has induced infringement by inducing others, such as cellular
25  service providers, distributors, end users, and other Samsung entities, to make, use,
26  sell, offer for sale, and/or import the accused devices in the United States and this
27  District.  Samsung also has provided directions, instruction manuals, guides, and/or
28  other materials that instruct and encourage the purchaser of an accused device to

use the device in a manner that infringes certain claims of the '602 patent. Largan placed Samsung on notice of its infringement of the '602 patent on or before January 31, 2013.

27. On information and belief, Samsung's infringement has been, and continues to be, willful and deliberate, and has caused substantial damage to Largan. For example, Samsung has continued to sell the accused devices despite its awareness of the '602 patent and Largan's infringement allegations.

28. On information and belief, Samsung's infringement in violation of federal patent laws will continue to injure Largan unless otherwise enjoined by this Court.

## CLAIM 3 – INFRINGEMENT OF U.S. PATENT NO. 7,898,747

29. Largan incorporates by reference the allegations in the paragraphs above.

30. On information and belief, Samsung has infringed and continues to infringe one or more claims of the '747 patent under 35 U.S.C. § 271.

31. Samsung has directly infringed the '747 patent in the United States and this District through the making, using, sale, offer for sell, and/or importation of its products, including without limitation the Samsung Galaxy S III and Galaxy Note II. On information and belief, the front camera in the accused devices has optical shapes and parameters meeting all of the requirements of one or more claims of the '747 patent, whether literally or under the doctrine of equivalents.

32. Samsung has induced infringement by inducing others, such as cellular service providers, distributors, end users, and other Samsung entities, to make, use, sell, offer for sale, and/or import the accused devices in the United States and this District. Samsung also has provided directions, instruction manuals, guides, and/or other materials that instruct and encourage the purchaser of an accused device to use the device in a manner that infringes certain claims of the '747 patent. Largan

1  placed Samsung on notice of its infringement of the '747 patent on or before
2  February 5, 2013.
3      33.   On information and belief, Samsung's infringement has been, and
4  continues to be, willful and deliberate, and has caused substantial damage to
5  Largan. For example, Samsung has continued to sell the accused devices despite its
6  awareness of the '747 patent and Largan's infringement allegations.
7      34.   On information and belief, Samsung's infringement in violation of
8  federal patent laws will continue to injure Largan unless otherwise enjoined by this
9  Court.

**CLAIM 4 – INFRINGEMENT OF U.S. PATENT NO. 8,154,807**

11      35.   Largan incorporates by reference the allegations in the paragraphs
12  above.
13      36.   On information and belief, Samsung has infringed and continues to
14  infringe one or more claims of the '807 patent under 35 U.S.C. § 271.
15      37.   Samsung has directly infringed the '807 patent in the United States and
16  this District through the making, using, sale, offer for sell, and/or importation of its
17  products, including without limitation the Samsung Galaxy S III and Galaxy Note
18  II. On information and belief, the front camera in the accused devices has optical
19  shapes and parameters meeting all of the requirements of one or more claims of the
20  '807 patent, whether literally or under the doctrine of equivalents.
21      38.   Samsung has induced infringement by inducing others, such as cellular
22  service providers, distributors, end users, and other Samsung entities, to make, use,
23  sell, offer for sale, and/or import the accused devices in the United States and this
24  District. Samsung also has provided directions, instruction manuals, guides, and/or
25  other materials that instruct and encourage the purchaser of an accused device to
26  use the device in a manner that infringes certain claims of the '807 patent. Largan
27  placed Samsung on notice of its infringement of the '807 patent on or before
28  February 5, 2013.

39. On information and belief, Samsung's infringement has been, and continues to be, willful and deliberate, and has caused substantial damage to Largan. For example, Samsung has continued to sell the accused devices despite its awareness of the '807 patent and Largan's infringement allegations.

40. On information and belief, Samsung's infringement in violation of federal patent laws will continue to injure Largan unless otherwise enjoined by this Court.

### CLAIM 5 – INFRINGEMENT OF U.S. PATENT NO. 8,284,291

41. Largan incorporates by reference the allegations in the paragraphs above.

42. On information and belief, Samsung has infringed and continues to infringe one or more claims of the '291 patent under 35 U.S.C. § 271.

43. Samsung has directly infringed the '291 patent in the United States and this District through the making, using, sale, offer for sell, and/or importation of its products, including without limitation the Samsung Galaxy Note II. On information and belief, the rear camera in the accused devices has optical shapes and parameters meeting all of the requirements of one or more claims of the '291 patent, whether literally or under the doctrine of equivalents.

44. Samsung has induced infringement by inducing others, such as cellular service providers, distributors, end users, and other Samsung entities, to make, use, sell, offer for sale, and/or import the accused devices in the United States and this District. Samsung also has provided directions, instruction manuals, guides, and/or other materials that instruct and encourage the purchaser of an accused device to use the device in a manner that infringes certain claims of the '291 patent. Largan placed Samsung on notice of its infringement of the '291 patent on or before August 10, 2013.

45. On information and belief, Samsung's infringement has been, and continues to be, willful and deliberate, and has caused substantial damage to

Largan. For example, Samsung has continued to sell the accused devices despite its awareness of the '291 patent and Largan's infringement allegations.

46. On information and belief, Samsung's infringement in violation of federal patent laws will continue to injure Largan unless otherwise enjoined by this Court.

**CLAIM 6 – INFRINGEMENT OF U.S. PATENT NO. 8,508,860**

47. Largan incorporates by reference the allegations in the paragraphs above.

48. On information and belief, Samsung has infringed and continues to infringe one or more claims of the '860 patent under 35 U.S.C. § 271.

49. Samsung has directly infringed the '860 patent in the United States and this District through the making, using, sale, offer for sell, and/or importation of its products, including without limitation the Samsung Galaxy Note II. On information and belief, the rear camera in the accused devices has optical shapes and parameters meeting all of the requirements of one or more claims of the '860 patent, whether literally or under the doctrine of equivalents.

50. Samsung has induced infringement by inducing others, such as cellular service providers, distributors, end users, and other Samsung entities, to make, use, sell, offer for sale, and/or import the accused devices in the United States and this District. Samsung also has provided directions, instruction manuals, guides, and/or other materials that instruct and encourage the purchaser of an accused device to use the device in a manner that infringes certain claims of the '860 patent. Largan placed Samsung on notice of its infringement of the '860 patent on or before August 10, 2013.

51. On information and belief, Samsung's infringement has been, and continues to be, willful and deliberate, and has caused substantial damage to Largan. For example, Samsung has continued to sell the accused devices despite its awareness of the '860 patent and Largan's infringement allegations.

52. On information and belief, Samsung's infringement in violation of federal patent laws will continue to injure Largan unless otherwise enjoined by this Court.

## PRAYER FOR RELIEF

Wherefore, Largan prays for relief as follows:

A. That the Court render judgment declaring that Samsung has infringed, directly and/or indirectly, literally and/or under the doctrine of equivalents, the '925 patent, '602 patent, '747 patent, '807 patent, '291 patent, and '860 patent, in violation of 35 U.S.C. § 271;

B. That the Court render judgment declaring Samsung's infringement of the '925 patent, '602 patent, '747 patent, '807 patent, '291 patent, and '860 patent is willful and deliberate;

C. That Largan be awarded damages adequate to compensate Largan for Samsung's infringement of the '925 patent, '602 patent, '747 patent, '807 patent, '291 patent, and '860 patent;

D. That Largan be awarded pre-judgment and post-judgment interest on all damages awarded;

E. That the Court temporarily, preliminarily, and permanently enjoin Samsung; its successors, assigns, subsidiaries, and transferees; its officers, directors, agents, and employees; and all others working on Samsung's behalf from making, using, selling, offering for sale, or importing in the United States any product falling within the scope of the '925 patent, '602 patent, '747 patent, '807 patent, '291 patent, and '860 patent, or inducing others to infringe or contributing to others infringing;

F. That the Court render judgment declaring this to be an exceptional case and awarding treble damages to Largan for the unlawful practices of Samsung;

G. That Largan be awarded its costs, expenses, and reasonable attorneys' fees;

H. That the Court order a full accounting of the damages above, including for past infringement and any continuing or future infringement;

I. Such other and further relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Largan hereby demands a trial by jury of all issues so triable.

DATED: November 14, 2013         **PERKINS COIE LLP**

By: *s/ John P. Schnurer*
John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Michael J. Engle, Bar No. 259476
MEngle@perkinscoie.com

Attorneys for Plaintiff Largan Precision Co., Ltd.