UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGAN PRECISION CO., LTD., <br> Plaintiff, <br> v. <br> SAMSUNG ELECTRONICS CO., LTD., et al. <br> Defendants. <br> AND ALL RELATED CLAIMS. | Civil No. 13-CV-2740 DMS (NLS) <br><br> **ORDER GRANTING JOINT MOTION REGARDING EXPERT DISCOVERY AND MOTIONS DEADLINES** <br><br> (Dkt. No. 144) |

Pending before the Court is the parties' joint motion regarding expert discovery and motions deadlines. (Dkt. No. 144.) The requested extensions do not impact the remainder of the deadlines in the Court's Case Management Scheduling Order (the "Scheduling Order"). (Dkt. No. 35.) The parties have established good cause for their request. Accordingly, the Court **GRANTS** the joint motion and modifies the Scheduling Order as follows:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Opening Expert Reports | June 4, 2015 | June 25, 2015 |
| Rebuttal Reports | July 2, 2015 | July 23, 2015 |
| Close of expert discovery | July 30, 2015 | August 20, 2015 |
| Motions Deadline (except MILs) | July 30, 2015 | September 3, 2015 |

**IT IS SO ORDERED.**

DATED: May 26, 2015

_____
Hon. Nita L. Stormes
United States Magistrate Judge