Kent M. Walker (Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER, LLP
15050 Avenue of Science, Suite 201
San Diego, California 92128
Telephone: (858) 436-1333
Facsimile: (858) 436-1349

Gregory S. Arovas, P.C. (*pro hac vice*)
garovas@kirkland.com
Todd M. Friedman, P.C.
todd.friedman@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Defendants/Counterclaim Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

Listing of counsel continued on page 2.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARGAN PRECISION CO., LTD.,**<br><br>**Plaintiff and Counterclaim Defendant,**<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD.** *et al*<br><br>**Defendants and Counterclaim Plaintiffs.** | Case No. 13-CV-2740 DMS (NLS)<br><br>**SAMSUNG'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF LARGAN'S OPENING EXPERT REPORTS**<br><br>JURY TRIAL DEMANDED<br><br>Judge:      Hon. Dana M. Sabraw<br>Date:        August 28, 2015<br>Time:       1:30 p.m.<br>Courtroom: 13A |

SAMSUNG'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF LARGAN'S OPENING EXPERT REPORTS

CASE NO. 13-CV-2740-DMS-NLS

Edward C. Donovan (*pro hac vice*)
edonovan@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

David W. Higer (*pro hac vice*)
dhiger@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Defendants/Counterclaim Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at the above-captioned time and date or as soon thereafter as the matter may be heard in Courtroom 13A of the above-entitled Court, located at 333 West Broadway, San Diego, California, 92101, Defendants/Counterclaimants will and hereby do move this Court to strike portions of Largan's Opening Expert Reports of Dr. Julie Bentley and Brian Napper. The instant motion is based upon the Memorandum of Points and Authorities in Support of Samsung's Motion to Strike Portions of Largan's Opening Expert Reports, the Civil Local Rules and Patent Local Rules of the United States District Court for the Southern District of California, the files and records in this action, and any and all other materials submitted to the Court on or before the time of its decision in this matter.

On July 9, Samsung identified the above issues to Largan via letter. The parties met and conferred on July 15 regarding these issues and the alleged deficiencies in Samsung's opening expert reports. Samsung proposed that rather than raise any issues to the Court piecemeal the parties should agree to a schedule for challenging all expert related issues, including those arising in rebuttal reports and expert depositions at the same time. However, without responding to Samsung's proposal, Largan filed its challenge to Samsung's expert reports (Dkt. 158). So that the Court can hear all issues regarding opening expert reports at the same time, Samsung now files its motion.

DATED: July 30, 2015            Respectfully submitted,

*/s/ David W. Higer*
KIRKLAND & ELLIS LLP
Gregory S. Arovas, P.C. (*pro hac vice*)
garovas@kirkland.com
Edward C. Donovan (*pro hac vice*)
edonovan@kirkland.com
David W. Higer (*pro hac vice*)
dhiger@kirkland.com
D. Sean Trainor (*pro hac vice*)

dtrainor@kirkland.com
Todd M. Friedman, P.C. (*pro hac vice*)
todd.friedman@kirkland.com

LEWIS KOHN & WALKER LLP
Kent M. Walker (Bar No. 173700)
kwalker@lewiskohn.com

Attorneys for Defendants/Counterclaim Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 30, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail.

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ David W. Higer*
　　　　　　　　　　　　　　　　　　　　　　　　　　　David W. Higer