# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGAN PRECISION CO., LTD., | CASE NO. 13-CV–2740–DMS–NLS |
| Plaintiff and Counterclaim Defendant, | Judge: Hon. Dana M. Sabraw |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART SAMSUNG'S *EX PARTE* MOTION FOR LEAVE TO FILE MOTIONS IN EXCESS OF PAGE LIMITS** |
| SAMSUNG ELECTRONICS CO., LTD., *ET AL.*, | |
| Defendants and Counterclaim Plaintiffs. | |

On August 21, 2015, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung"[1]) filed an *ex parte* motion for leave to file motions in excess of the page limits provided for under Local Civil Rule 7.1(h). Specifically, Samsung seeks leave to file two motions on the same day, a motion for summary judgment, which will be limited to 40 pages, and a *Daubert* motion that will be limited to 30 pages. Samsung requests similar page limits for any opposition briefs, and that the page limits for the reply briefs be set at 15 pages and 12 pages, respectively. Largan opposes the motion.

---

[1] Effective January 1, 2015, Samsung Telecommunications America, LLC ("STA") merged into Samsung Electronics America, Inc., and STA ceased to exist as a separate corporate entity.

1    The Court agrees there is good cause to extend the page limits for these
2 motions. However, the page limits requested are excessive. Rather, the Court finds as
3 follows:
4    Samsung may file its two motions on September 3, 2015, one motion
5 addressing summary judgment issues and one motion addressing *Daubert* issues.
6 Samsung's briefs of memoranda in support of both of these motions shall not exceed
7 thirty-five (35) pages in length. That is, Samsung may have thirty-five pages to divide
8 between both motions. This page limit shall also apply to Largan's opposition briefs.
9 Samsung shall have a total of fifteen (15) pages to divide between its reply briefs.
10    In anticipation of the September 3, 2015 filing date, the Court hereby sets these
11 motions, and any other dispositive or *Daubert* motions filed by Largan, for hearing on
12 **October 23, 2015**, at **1:30 p.m.** For all of these motions, the opposition briefs shall
13 be filed on or before **September 17, 2015**, and the reply briefs shall be filed on or
14 before **September 24, 2015**.
15    **IT IS SO ORDERED.**

Dated: August 28, 2015

Hon. Dana M. Sabraw
United States District Judge