Kent M. Walker (Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER, LLP
15050 Avenue of Science, Suite 201
San Diego, California 92128
Telephone: (858) 436-1333
Facsimile: (858) 436-1349

Gregory S. Arovas, P.C. (*pro hac vice*)
garovas@kirkland.com
Todd M. Friedman, P.C. (*pro hac vice*)
todd.friedman@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Defendants/Counterclaim
Plaintiffs Samsung Electronics Co., Ltd.
and Samsung Electronics America, Inc.

Listing of counsel continued on page 2.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARGAN PRECISION CO., LTD.,**<br><br>    **Plaintiff and Counterclaim Defendant,**<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD.,** *et al.,*<br><br>    **Defendants and Counterclaim Plaintiffs.** | **Case No. 13-CV-2740 DMS (NLS)**<br><br>**SAMSUNG'S NOTICE OF MOTION AND SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**<br><br>JURY TRIAL DEMANDED<br><br>Judge:     Hon. Dana M. Sabraw<br>Date:      October 23, 2015<br>Time:      1:30 p.m.<br>Courtroom:  13A |

Edward C. Donovan (*pro hac vice*)
edonovan@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

David W. Higer (*pro hac vice*)
dhiger@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Defendants/Counterclaim
Plaintiffs Samsung Electronics Co., Ltd.
and Samsung Electronics America, Inc.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at the above-captioned time and date or as soon thereafter as the matter may be heard in Courtroom 13A of the above-entitled Court, located at 333 West Broadway, San Diego, California, 92101, Defendants/Counterclaimants will and hereby do move this Court for summary judgment on: (1) non-infringement of the '860, '190, '191, and '807 patents; (2) anticipation/obviousness of the '602 patent; (3) lack of written description for all patents-in-suit; (4) no pre-suit damages due to lack of marking; (5) the '691 patent does not block Samsung's non-infringing alternatives; and (6) no willfulness. Summary judgment is appropriate; Largan has not, and cannot, raise a genuine issue of material fact on these issues and Samsung is entitled to judgment as a matter of law.

Samsung will further move to exclude the following opinions of Largan experts Dr. Julie Bentley, Mr. Brian Napper, and Mr. Philip Johnson: (1) Dr. Bentley's and Mr. Napper's reverse engineering and patent benefit opinions, (2) Dr. Bentley's and Mr. Napper's alleged embodying product-based opinions, and (3) Mr. Johnson's and Mr. Napper's survey and opinions based thereon. The instant motion is based upon the Memorandum of Points and Authorities in Support of Samsung's Summary Judgment and *Daubert* Motions, the Civil Local Rules and Patent Local Rules of the United States District Court for the Southern District of California, the files and records in this action, and any and all other materials submitted to the Court on or before the time of its decision in this matter.

DATED:  September 3, 2015                    Respectfully submitted,

                                             */s/ David W. Higer*

                                             KIRKLAND & ELLIS LLP
                                             Gregory S. Arovas, P.C. (*pro hac vice*)
                                             garovas@kirkland.com
                                             Edward C. Donovan (*pro hac vice*)
                                             edonovan@kirkland.com
                                             Todd M. Friedman, P.C. (*pro hac vice*)
                                             todd.friedman@kirkland.com
                                             David W. Higer (*pro hac vice*)
                                             dhiger@kirkland.com

                                             LEWIS KOHN & WALKER LLP
                                             Kent M. Walker (Bar No. 173700)
                                             kwalker@lewiskohn.com

                                             Attorneys for Defendants/Counterclaim
                                             Plaintiffs Samsung Electronics Co.,
                                             Ltd. and Samsung Electronics
                                             America, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 3, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail.

*/s/ David W. Higer*
David W. Higer
